# Exhibit A

US0D1082158S

(12) **United States Design Patent** (10) Patent No.: **US D1,082,158 S**

Salzman (45) Date of Patent: ** **Jul. 1, 2025**

(54) **CAT BED FOR DESK**

(71) Applicant: **Scott David Salzman**, Boulder, CO (US)

(72) Inventor: **Scott David Salzman**, Boulder, CO (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/929,798**

(22) Filed: **Feb. 25, 2024**

(51) **LOC (15) Cl.** ............................................... **30-06**

(52) **U.S. Cl.**
USPC ........................................................ **D30/118**

(58) **Field of Classification Search**
USPC ................. D6/615, 677, 692; D14/451, 452;
D30/108–109, 112, 117–119, 161
CPC .. A01K 1/0236; A01K 1/0245; A01K 1/0254;
A01K 1/0272; A01K 1/0353
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D275,431 | S | * | 9/1984 | Usab | D14/452 |
| 5,588,393 | A | * | 12/1996 | Heilborn | A01K 1/0353 119/28.5 |
| 7,886,693 | B1 | * | 2/2011 | Salzman | A01K 1/0353 248/231.71 |
| D638,996 | S | * | 5/2011 | Zine | D30/118 |
| D655,297 | S | * | 3/2012 | Magnusson | D14/452 |
| D677,014 | S | * | 2/2013 | Duvigneau | D30/118 |
| D740,497 | S | * | 10/2015 | Richardson | D30/118 |
| D961,175 | S | * | 8/2022 | Kuhne | D30/161 |
| D972,785 | S | * | 12/2022 | Hall | D30/118 |
| D979,852 | S | * | 2/2023 | Hall | D30/118 |
| D986,968 | S | * | 5/2023 | Yao | D19/91 |
| D989,418 | S | * | 6/2023 | Li | D30/161 |
| D1,019,007 | S | * | 3/2024 | Li | D30/118 |
| D1,050,621 | S | * | 11/2024 | Wang | D30/118 |
| D1,058,948 | S | * | 1/2025 | Chen | D30/118 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 305039409 | * | 2/2019 |
| CN | 306264035 | * | 1/2021 |
| CN | 306484661 | * | 4/2021 |
| GB | 6370449 | * | 6/2024 |

OTHER PUBLICATIONS

The Green Head_Kit-In Box-Desktop Cat Bed, announced in thegreenhead.com on Sep. 10, 2008 [online], [site visited Jul. 6, 2024], Available from the internet URL: https://www.thegreenhead. com/2008/09/kit-in-box-desktop-cat-bed.php (Year: 2008).*
Desk Nest, announced in YouTube on Dec. 27, 2023 [online], [site visited Jul. 2, 2024], Available from the internet URL: https://www. youtube.com/watch?v=W9YVhH-z-BQ (Year: 2023).*
Ergo Purrch, announced in YouTube on Jul. 1, 2024 [online], [site visited Jul. 6, 2024], Available from the internet URL: https://www. youtube.com/watch?v=9OhyYnFQdK0 (Year: 2024).*

* cited by examiner

*Primary Examiner* — Vy N Koenig
*Assistant Examiner* — Elizabeth Anne Glassberg

(57) **CLAIM**

The ornamental design for the cat bed for desk as shown and described.

**DESCRIPTION**

FIG. **1** is a top perspective view of the cat bed for desk showing my new design;
FIG. **2** is a bottom perspective view thereof;
FIG. **3** is a right-side elevation view thereof;
FIG. **4** is a front side elevation view thereof;
FIG. **5** is a left-side elevation view thereof;
FIG. **6** is a rear side elevation view thereof;
FIG. **7** is a top plan view thereof;
FIG. **8** is a bottom plan view thereof;
FIG. **9** is a top perspective exploded view thereof; and,
FIG. **10** is a bottom perspective exploded view.

**1 Claim, 10 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10