# Exhibit C

...

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VAu 1-561-929**

**Effective Date of Registration:**
August 27, 2025

**Registration Decision Date:**
August 29, 2025

## Title

**Title of Work:** Desk Nest Website 2025

## Completion/Publication

**Year of Completion:** 2025

## Author

- **Author:** Kallan Brumfield
  **Author Created:** photograph
  **Work made for hire:** No
  **Domiciled in:** United States

- **Author:** Eve Lei
  **Author Created:** photograph
  **Work made for hire:** No
  **Domiciled in:** United States

- **Author:** Kate Benjamin
  **Author Created:** photograph
  **Work made for hire:** No
  **Domiciled in:** United States

- **Author:** Ivan Vincent Princillo
  **Author Created:** Photograph, video, text
  **Work made for hire:** No
  **Domiciled in:** Philippines

- **Author:** Michelle Joy Reyes
  **Author Created:** Photograph, video
  **Work made for hire:** No
  **Domiciled in:** Philippines

- **Author:** Quantum Mango, LLC

|   |   |
|---|---|
| **Author Created:** | Photograph, video, text |
| **Work made for hire:** | Yes |

## Copyright Claimant

|   |   |
|---|---|
| **Copyright Claimant:** | Quantum Mango, LLC<br>407 Ord Dr, Boulder, CO, 80303, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

|   |   |
|---|---|
| **Material excluded from this claim:** | Text by third parties, photographs by third parties, videos by third parties, user-generated reviews |
| **New material included in claim:** | photograph, Text, video |

## Rights and Permissions

|   |   |
|---|---|
| **Organization Name:** | ESCA LEGAL LLC |
| **Name:** | Francesca M. Witzburg |
| **Email:** | fw@esca.legal |
| **Telephone:** | (917)397-1384 |
| **Address:** | 1177 6TH AVENUE, 5TH FLR<br>NEW YORK, NY 10036 United States |

## Certification

|   |   |
|---|---|
| **Name:** | Francesca M. Witzburg |
| **Date:** | August 06, 2025 |
| **Applicant's Tracking Number:** | QUANTU-CO1 |

---

|   |   |
|---|---|
| **Correspondence:** | Yes |