# Exhibit D

**Schedule A**

| # | E-Commerce Platform | Defendant Seller | Storefront Name | Storefront ID or URL |
|---|---|---|---|---|
| 1 | Alibaba | Caoxian Jinpengyuan Container Packaging Co., Ltd. | Caoxian Jinpengyuan Container Packaging Co., Ltd. | cxjinpengyuan |
| 2 | Alibaba | Hangzhou Yusheng Technology Co., Ltd. | Hangzhou Yusheng Technology Co., Ltd. | hzcandc |
| 3 | Alibaba | Longyan Yachi Import and Export Trade Co., Ltd. | Longyan Yachi Import and Export Trade Co., Ltd. | yachipet |
| | | | Longyan Yachi Import and Export Trade Co., Ltd. | yachicat |
| 4 | Alibaba | Ningbo S And D Metalwork Co., Ltd. | Ningbo S And D Metalwork Co., Ltd. | sendingsmart |
| 5 | Alibaba | Qingdao Xinchong Network Technology Co., Ltd. | Qingdao Xinchong Network Technology Co., Ltd. | newpetpet |
| 6 | Alibaba | Shenzhen Aisi Technology Co., Ltd. a/k/a Le petit chat et chien a/k/a Pet-Home Store | Shenzhen Aisi Technology Co., Ltd. | voford |
| | AliExpress | | Le petit chat et chien | 1101456269 |
| | AliExpress | | Pet-Home Store | 1104066717 |
| 7 | AliExpress | Harbin Guiyun E-Commerce Co., Ltd. d/b/a Pet Product Store | Pet Product Store | 1102981797 |
| 8 | Amazon | Haiyuan Department Store, Lishi District, Lvliang City d/b/a BEUDUOQI-US | BEUDUOQI-US | A5EY5BU8TK9AR |
| 9 | Amazon | Suzhou Hengrunda Import and Export Co., Ltd. d/b/a 25H SERVICE | 25H SERVICE | A357OFC4OKE1YA |
| 10 | Amazon | Taiyuan Dingfeng Technology Co., Ltd. d/b/a DINGFENGKEJI | DINGFENGKEJI | A1VH0VHG65CMV3 |
| 11 | Amazon | Lushan Little Dolphin E-Commerce Co., Ltd. d/b/a Geniusss | Geniusss | A2SLJNG1FCXETD |
| 12 | Amazon | Chengdu Linyise Network Technology Co., Ltd. d/b/a GEYOUTANG | GEYOUTANG | A1LYCQE1IK92R3 |
| 13 | Amazon | Xueyu Sports Distribution Department, Tanghuai Industrial Park d/b/a LikG-127 | LikG-127 | A8QFZ43FZVUV |

| 14 | Amazon | Suzhou Runmax Co., Ltd. d/b/a RUNMAX | RUNMAX | A36VXWY2MOLG97 |
|---|---|---|---|---|
| 15 | Amazon | Shaoxing Junjie E-commerce Co., Ltd. d/b/a Spacocld Store | Spacocld Store | AGXTW9L4KLZOX |
| 16 | Amazon | Shenzhen Heyang E-commerce Co., Ltd. d/b/a XRG-Direct | XRG-Direct | A32LLHM0W70S3C |
| 17 | Amazon | rakkijapangodokaisha d/b/a XZKING | XZKING | A3L0A4VYRD9NEA |
| 18 | eBay | Mt. Grace Co. Ltd. d/b/a mintam_59 | mintam_59 | mintam_59 |
| 19 | Shein | FUCHENGJS | FUCHENGJS | 9503332827 |
| 20 | Shein | gksoifr | gksoifr | 3001596709 |
| 21 | Shein | LYST | LYST | 2321217474 |
| 22 | Temu | Ruihe Collective Limited d/b/a cnccliclithree | cnccliclithree | 634418224042306 |
| 23 | Temu | Hongkong Qiandianbai Trading Co., Ltd. d/b/a Hallo Deer | Hallo Deer | 634418214842218 |
| 24 | Temu | SCITOO(HK) TRADE Limited d/b/a SCITOO local | SCITOO local | 634418216958196 |
| 25 | TikTok | ZFL Inc. d/b/a ASAP US | ASAP US | 28 |
| 26 | TikTok | Wuhan Miaolian Trading Co. Ltd. d/b/a FurryTail Haven | FurryTail Haven | 7496199963877738710 |
| 27 | TikTok | Maknomart | Maknomart | 7496179086468483291 |
| 28 | TikTok | Pingding Yuanqing Trading Co., Ltd. d/b/a wanyuxuanshop | wanyuxuanshop | 7496094031309605564 |
| 29 | Walmart | Doremo Global Corporation | Doremo Global Corporation | 16381 |
| 30 | Walmart | Baoding Xiangbai Trading Co., Ltd. d/b/a fei wang | fei wang | 102838127 |
| 31 | Walmart | Nanjing Latou Network Technology Co., Ltd. d/b/a Health experts | Health experts | 102517500 |
| 32 | Walmart | Guangzhou Jiaxuan Trading Co., Ltd. d/b/a Life gooood store | Life gooood store | 102761889 |
| 33 | Walmart | Luohe Sudoku Information Technology Co., Ltd. d/b/a luoheshuduxinxi | luoheshuduxinxi | 102755099 |

| 34 | Walmart | Sanmenxia Yongliang Trading Co., Ltd. d/b/a sanmenxiayongliang | sanmenxiayongliang | 102752040 |
| --- | --- | --- | --- | --- |
| 35 | Walmart | Guangzhou Zhouxianqi Trading Co., Ltd. d/b/a uzhouxianqishangmao | uzhouxianqishangmao | 102737245 |
| 36 | Walmart | Baoding Zegengyu Trading Co., Ltd. d/b/a yulan zhang | yulan zhang | 102836480 |
| 37 | Walmart | Yiwu Yunhan Trade Co., Ltd. d/b/a YUNHAN-XZKING | YUNHAN-XZKING | 101501912 |
| 38 | Wayfair | Shenzhenshi Yiyibushe Technology Co. d/b/a YYBSH | YYBSH | b65179 |