**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| QUANTUM MANGO, LLC,<br><br>           Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>           Defendants. | Case No. 25-cv-07732-JHR |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and a settlement reached between the parties herein, Plaintiff Quantum Mango, LLC hereby gives notice that its claims in the above-captioned action against Hongkong Qiandianbai Trading Co., Ltd. d/b/a Hallo Deer; SCITOO(HK) TRADE Limited d/b/a SCITOO local; ZFL Inc. d/b/a ASAP US; Chengdu Linyise Network Technology Co., Ltd. d/b/a GEYOUTANG; Shenzhenshi Yiyibushe Technology Co. d/b/a YYBSH; Lushan Little Dolphin E-Commerce Co., Ltd. d/b/a Geniusss; and Shenzhen Heyang E-commerce Co., Ltd. d/b/a XRG-Direct are voluntarily dismissed from this action.

Dated:        November 12, 2025                Respectfully submitted,

Leo M. Lichtman
ESCA Legal LLC
1117 Sixth Avenue, Fifth Floor
New York, NY 10036
Tel.: (347) 745-2535
leo@esca.legal

***Attorney for Plaintiff Quantum Mango, LLC***