**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

QUANTUM MANGO, LLC,

      Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

      Defendants.

Case No. 25-cv-07732-JHR

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and a settlement reached between the parties herein, Plaintiff Quantum Mango, LLC hereby gives notice that its claims in the above-captioned action against Haiyuan Department Store, Lishi District, Lvliang City d/b/a BEUDUOQI-US, Taiyuan Dingfeng Technology Co., Ltd. d/b/a DINGFENGKEJI, and Xueyu Sports Distribution Department, Tanghuai Industrial Park d/b/a LikG-127 are voluntarily dismissed from this action.

Dated:     November 25, 2025         Respectfully submitted,

                                         Leo M. Lichtman
                                         ESCA Legal LLC
                                         55 Broadway, Third Floor
                                         New York, NY 10006
                                         Tel.: (347) 745-2535
                                         leo@esca.legal

*Attorney for Plaintiff Quantum Mango, LLC*