**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| QUANTUM MANGO, LLC, | |
| Plaintiff, | |
| v. | |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | Case No. 25-cv-07732-JHR |
| Defendants. | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and a settlement reached between the parties herein, Plaintiff Quantum Mango, LLC hereby gives notice that its claims in the above-captioned action against Shaoxing Junjie E-commerce Co., Ltd. d/b/a Spacocld Store are voluntarily dismissed from this action.

Dated:        December 1, 2025

Respectfully submitted,

Leo M. Lichtman
ESCA Legal LLC
55 Broadway, Third Floor
New York, NY 10006
Tel.: (347) 745-2535
leo@esca.legal

*Attorney for Plaintiff Quantum Mango, LLC*