**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| QUANTUM MANGO, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>      Defendants. | Case No. 25-cv-07732-JHR |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Quantum Mango, LLC hereby gives notice that its claims in the above-captioned action against all remaining Defendants still named in this action, including without limitation Caoxian Jinpengyuan Container Packaging Co., Ltd; Hangzhou Yusheng Technology Co., Ltd.; Longyan Yachi Import and Export Trade Co., Ltd.; Ningbo S and D Metalwork Co., Ltd.; Qingdao Xinchong Network Technology Co., Ltd.; Shenzhen Aisi Technology Co., Ltd. d/b/a Le petit chat et chien a/k/a Pet-Home Store; Harbin Guiyun e-commerce Co., Ltd. d/b/a Pet Product Store; Suzhou Hengrunda Import & Export Co., Ltd. d/b/a 25H SERVICE; Suzhou Runmax Co., Ltd. d/b/a RUNMAX; FUCHENGJS; gksoifr; LYST; Wuhan Miaolian Trading Co. Ltd. d/b/a FurryTail Haven; Maknomart; Pingding Yuanqing Trading Co. Ltd. d/b/a wanyuxuanshop; Guangzhou Jiaxuan Trading Co., Ltd. d/b/a Life gooood store; Luohe Sudoku Information Technology Co., Ltd. d/b/a luoheshuduxinxi; Sanmenxia Yongliang Trading Co., Ltd. d/b/a sanmenxiayongliang; and Guangzhou Zhouxianqi Trading Co., Ltd. d/b/a uzhouxianqishangmao, are dismissed without prejudice.

Dated:        January 5, 2026            Respectfully submitted,

Leo M. Lichtman
ESCA Legal LLC
55 Broadway, Third Floor
New York, NY 10006
Tel.: (347) 745-2535
leo@esca.legal

***Attorney for Plaintiff Quantum Mango, LLC***