**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| QUANTUM MANGO, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>       Defendants. | Case No. 25-cv-07732-JHR |

**[PROPOSED] ORDER TO RELEASE BOND**

WHEREAS, Plaintiff Quantum Mango, LLC ("Quantum Mango") brought claims against the Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint (D.I. 4, Exhibit D) (collectively, "Defendants") in the above-captioned action; and

WHEREAS, on September 26, 2025, this Court entered a Temporary Restraining Order against Defendants on the condition that Plaintiff post a security of $5,000; and

WHEREAS, on September 30, 2025, Plaintiff deposited the $5,000 security with the Registry of the Court (the "Security"); and

WHEREAS, on January 6, 2026, the Court entered Plaintiff's Notice of Voluntary Dismissal in the above-captioned action, dismissing all remaining Defendants and directing the Clerk of Court to close the case;

NOW THEREFORE, IT IS HEREBY ORDERED that the Security in the amount of $5,000 shall be released and disbursed to Quantum Mango via ETF according to the payee details provided to the Clerk's Office on the form AO-213P.

**SO ORDERED**

_____
Jennifer H. Rearden
United States District Judge

Dated: February 10, 2026
New York, New York