**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

QUANTUM MANGO, LLC,

       Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

       Defendants.

Case No. 25-cv-07732-JHR

## ~~[PROPOSED]~~ AMENDED ORDER TO RELEASE BOND

WHEREAS, Plaintiff Quantum Mango, LLC ("Quantum Mango") brought claims against the Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint (D.I. 4, Exhibit D) (collectively, "Defendants") in the above-captioned action; and

WHEREAS, on September 26, 2025, this Court entered a Temporary Restraining Order against Defendants on the condition that Plaintiff post a security of $5,000; and

WHEREAS, on September 30, 2025, Plaintiff deposited the $5,000 security with the Registry of the Court (the "Security"); and

WHEREAS, on January 6, 2026, the Court entered Plaintiff's Notice of Voluntary Dismissal in the above-captioned action, dismissing all remaining Defendants and directing the Clerk of Court to close the case;

NOW THEREFORE, IT IS HEREBY ORDERED that the Security in the amount of $5,000 shall be released and disbursed to Quantum Mango via check according to the payee details provided to the Clerk's Office on the form AO-213P.

This Order replaces the Order at ECF No. 44, in which Plaintiff had sought payment by a different method.  The Order at ECF No. 44 is hereby vacated.

**SO ORDERED**

_____
Jennifer H. Rearden
United States District Judge

Dated: March 10, 2026
New York, New York